Kimberly V Baeza
1133 W. Cedar Street
Tucson, AZ 85745
(432) 294-3669



FILED ✓     LODGED
RECEIVED    COPY

JUL 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kimberly V Baeza,

    Plaintiff,

v.

Pima County,

    Defendant(s).

CASE NUMBER: CV-21-00141-TUC-DTF

COMPLAINT *amended complaint*

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Other: Equal Pay Act

The plaintiff, Kimberly V. Baeza, is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, Pima County, is a resident of Tucson, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

3. Failure to promote me; Retaliation; Terms and conditions of employment differ from those of similar employees; Harassment

4. The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my: Race; National Origin; Color; Gender

5. The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at: 33 N. Stone Avenue, Suite 700, TUCSON, AZ 85701 on 4/2016 to March 2020.

6. In or around March 2015 I was hired by Pima County Department of Environmental Quality as an Air Inspector. Aprroximately on year later I was promoted to Environmental Specialist (ES). My starting salary as an ES was about $52K/yr, about $6K less than the person I replaced, Gloria Brown, and also less than than the salary of Karla Reeve-Wise, with whom I shared job responsibilities.

7. In or around August 2019, I applied for a promotional opportunity as an Air Compliance Manager. Despite experience in the Air Program and applying within the announcement period, I was not interviewed and the position was given to who possessed less experience on or about September 18, 2019. I addressed my concerns of having been discriminated against due to my national origin, to no avail.

8. A few weeks later, in or around November 2019, I was reassigned to a lesser position, Air Inspector. In a letter Director Nelson claimed the reassignment was due to funding for the position I previously held running out in over half a year. I remained in this position until I transferred out of the Department of Environmental Quality in or around March 16, 2020. I believe I was retaliated against for alleging discrimination.

9. In or around June 2017 and until December 2019, I assumed and performed some of the duties of a male Civil Engineer, whom had transferred to another department. Although we held different titles, we both had some of the same duties and responsibilities and I was paid significantly less.

10. I was also paid significantly less than at least three female employees not of my protected class, who were assigned as Environmental Compliance Specialist, Environmental Specialist and Principal Hydrologist. Although our titles varied, we all performed the same duties and responsibilities, yet I was paid less for reasons unknown.

11. Additionally, directors made more accommodations for a white coworker in the form of being allowed to work away from the office to care for a child; while I was not given the same flexibility and took a pay cut.

12. I believe I was discriminated against because of my skin color (brown), national origin (Mexican-American) and sex (female), and retaliated against for complaining of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended; and discriminated against in violation of the Equal Pay Act of 1963, as amended.

## Demand

Monetary compensation for lost earnings due to discriminatory pay and monetary damages for emotional and psychological distress. **I am also seeking the following amount in monetary compensation: $300,000.** The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 01/06/2020. I have received a Notice of Right to Sue Letter.

Date: 07/14/2021

Kimberly V Baeza
1133 W. Cedar Street
Tucson, AZ 85745
(432) 294-3669