**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Daniel Jurkowitz, SBN 018428
Bryson E. Buckley, SBN 035552
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-740-5700
Daniel.Jurkowitz@pcao.pima.gov
Bryson.Buckley@pcao.pima.gov
*Attorneys for Defendant Pima County*

Kimberly V. Baeza
1133 West Cedar Street
Tucson, AZ 85745
*Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly V. Baeza,<br><br>    Plaintiff,<br><br>v.<br><br>Pima County,<br><br>    Defendant. | No. 4:21-cv-00141-DTF<br><br>**PARTIES' JOINT STIPULATION OF DISMISSAL**<br><br>(The Honorable D. Thomas Ferraro) |

Plaintiff, Kimberly Baeza, and Defendant, Pima County, hereby jointly move for dismissal with prejudice of this proceeding under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party will bear its own fees and costs.

RESPECTFULLY SUBMITTED January 5, 2022.

| | |
|---|---|
| LAURA CONOVER<br>PIMA COUNTY ATTORNEY<br><br>By: /s/ Bryson E. Buckley<br>    Bryson E. Buckley<br>    Deputy County Attorney | PLAINTIFF<br><br><br>By: /s/ Kimberly Baeza (with permission)<br>    Kimberly Baeza |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Copy of the foregoing by mail
this 4 day of January, 2022, to:

Kimberly V. Baeza
1133 West Cedar Street
Tucson, AZ 85745
*Plaintiff*

By:  /s/ Laureen R. Pew

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly V. Baeza, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Pima County<br><br>　　　　　Defendant. | No. CV-21-00141-TUC-DTF<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>(The Honorable D. Thomas Ferraro) |

　　　　Pursuant to the Joint Stipulation of Dismissal and good cause appearing.

　　　　IT IS HEREBY ORDERED that the Plaintiff's Complaint is dismissed with prejudice.