1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Kimberly V Baeza, | No. CV-21-00141-TUC-DTF |
| 10            Plaintiff, | **ORDER** |
| 11  v. | |
| 12  County of Pima, et al., | |
| 13            Defendant. | |

14

15   Having received the Parties' Joint Stipulation of Dismissal (Doc. 29) and finding
16  good cause appearing therefore,

17   **IT IS HEREBY ORDERED** that the above entitled matter is hereby **dismissed**
18  with prejudice with each party to bear his/her/its own attorney's fees, costs and expenses.

19   **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter
20  judgment and close this case.

21   Dated this 11th day of January, 2022.

22
23
24
25
26

Honorable D. Thomas Ferraro
United States Magistrate Judge

27
28