# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly V Baeza,<br><br>    Plaintiff,<br><br>v.<br><br>Pima County Department of Environmental Quality, et al.,<br><br>    Defendants. | NO. CV-21-00141-TUC-DTF<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

January 11, 2022

                                        s/ J. McCarthy
                             By   Deputy Clerk